# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| MARIA REID, ) | |
| ) | |
| Plaintiff, ) | CIVIL ACTION FILE NO. |
| ) | 1:16-cv-00640-WCO |
| v. ) | |
| ) | |
| PERKSA, INC. d/b/a PEACH ) | |
| STATE POOL SERVICE, and ) | |
| WILLIAM PERILLI, ) | |
| ) | |
| Defendants, ) | |
| ) | |

## STIPULATION OF DISMISSAL WITH PREJUDICE
## OF THE CLAIMS OF PLAINTIFF MARIA REID

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Maria Reid ("Ms. Reid") and Defendants Perksa, Inc. (d/b/a Peach State Pool Service) and William Perilli (collectively "Defendants") hereby stipulate to the voluntary dismissal, with prejudice, of any and all claims of Ms. Reid in this action that are asserted against Defendants William Perilli or Perksa, Inc.

Respectfully submitted this 13th day of April, 2017.

| | |
|---|---|
| **DeLong, Caldwell, Bridgers, Fitzpatrick & Benjamin, LLC** | **Hall, Arbery, Gilligan, Roberts & Shanlever, LLP** |
| *s/ Charles R. Bridgers*<br>Charles R. Bridgers<br>Georgia Bar No. 080791 | *s/ Matthew J. Gilligan*<br>Matthew J. Gilligan<br>Georgia Bar No. 294955 |
| *s/ Mitchell D. Benjamin*<br>Mitchell D. Benjamin<br>Georgia Bar No. 049888 | 3340 Peachtree Road, N.E.<br>Suite 1900<br>Atlanta, Georgia 30326 |
| 3100 Centennial Tower<br>101 Marietta Street<br>Atlanta, GA 30303<br>(404) 979-3150   Telephone<br>(770) 859-0754   Facsimile<br>charlesbridgers@dcbflegal.com<br>benjamin@dcbflegal.com | (404) 442-8776   Telephone<br>(404) 537-5555   Facsimile<br>mgilligan@hagllp.com<br><br>**Counsel for Defendants** |
| **Counsel for Plaintiffs** | |

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| MARIA REID, ) | |
| ) | |
| Plaintiff, ) | CIVIL ACTION FILE NO. |
| ) | 1:16-cv-00640-WCO |
| v. ) | |
| ) | |
| PERKSA, INC. d/b/a PEACH ) | |
| STATE POOL SERVICE, and ) | |
| WILLIAM PERILLI, ) | |
| ) | |
| Defendants, ) | |
| ) | |

## **CERTIFICATE OF SERVICE**

I certify that on April 13, 2017, I filed the parties' **STIPULATION OF DISMISSAL WITH PREJUDICE OF THE CLAIMS OF PLAINTIFF MARIA REID** with the Clerk of Court using the CM/EMF system which will automatically send email notification of such filing to all attorneys of record.

*s/ Charles R. Bridgers*
Charles R. Bridgers
Georgia Bar No. 080791

**COUNSEL FOR PLAINTIFFS**

3